John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 822115

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-90790 | 006-0 | MELODY H SEAGO<br>Original Check written to:<br>SOUTHEAST TEXAS RECOVERY<br>P O BOX 388<br>NEDERLAND, TX  77627 | xxxxxxxxxxxxxxxxxxxxCT # | 418.94 | 7.86 | 0.00 | 7.86 |
| 05-90920 | 003-0 | ROBERT L BRANDES<br>Original Check written to:<br>CHEVRON<br>P O BOX 2001<br>CONCORD, CA  94529-0001 | xxxxxx6583 | 64.35 | 3.26 | 0.00 | 3.26 |
| 06-10448 | 043-0 | JOHN JENNINGS CONOVER<br>Original Check written to:<br>ORANGE COUNTY TAC<br>P O BOX 1568<br>ORANGE, TX  77631-1568 | xxxxxxxxx1220 | 0.00 | 192.49 | 34.56 | 227.05 |
| 06-10470 | 005-0 | PATRICK D. BUSH, SR.<br>Original Check written to:<br>JEFFERSON COUNTY TAX OFFICE<br>P O BOX 2112<br>BEAUMONT, TX  77704 | xxxxxxxxxxxxxxx0000 | 0.00 | 211.33 | 14.77 | 226.10 |
| 08-90327 | 054-0 | BENJAMIN HINDSMAN<br>Original Check written to:<br>MID STATE TRUST<br>C/O WALTER MORTGAGE COMPANY<br>P.O. BOX 31601<br>TAMPA, FL  33631- | xxxxxx0100 | 3,235.62 | 51.98 | 0.00 | 51.98 |
| 09-90441 | 005-0 | RICHARD EPPS, SR.<br>Original Check written to:<br>CROCKETT MOBILE HOME, INC<br>1651 EAST LOOP 304<br>CROCKETT, TX  75835- | xxxxxxxxxided | 2,366.51 | 70.99 | 8.63 | 79.62 |
| 10-90262 | 999-0 | MICHAEL LEE HAIL<br>Original Check written to:<br>MICHAEL LEE HAIL<br>4949 STUMBERG LN APT 92<br>BATON ROUGE, LA  70816 | | 0.00 | 1,649.46 | 0.00 | 1,649.46 |